United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BELINDA KIRK,

    Plaintiff,

    v.

COUNTY OF ALAMEDA, et al.,

    Defendants.
_____/

No. C 10-5797 PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    Pursuant to Civil Local Rule 3-12(c), the undersigned hereby refers this action to the Honorable Lucy H. Koh for the purpose of determining whether it is related to <u>J.H. v. Baldovinos</u>, C-10-2507 LHK.

**IT IS SO ORDERED.**

Dated: January 21, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge