1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA KIRK, ) | Case No.: 10-CV-05797-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER SEALING COMPLAINT |
| ) | |
| COUNTY OF ALAMEDA et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the Court's December 17, 2010 Order in a related matter, case no. 10-cv-02507, the Court has sealed the complaint in the above-captioned action. As the Court held in its previous Order, the complaint contains sensitive, personal information which must be submitted under seal to protect the interests of the minor J.H. The Plaintiff is ordered to prepare a redacted version of the complaint for public filing, in accordance with Civil Local Rule 79-5. Plaintiff's redactions must remove sensitive and personal information revealing J.H.'s identity, his medical history, the allegations underlying the removal of J.H. from Plaintiff's custody, and similar information. Plaintiff is ordered to stop publicly filing this information, which Plaintiff is aware has already been determined sealable by the Court. Rather, Plaintiff must comply with the Civil Local Rules and submit documents containing sensitive information under seal, and propose redactions for the publicly-filed versions of these documents.

1

Case No.: 10-CV-05797-LHK
ORDER RELATING CASES

**IT IS SO ORDERED.**

Dated: January 28, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-05797-LHK
ORDER RELATING CASES