1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BELINDA K., | ) | Case No.: 10-CV-05797-LHK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER SEALING DOCUMENTS |
| COUNTY OF ALAMEDA et al., | ) | |
| Defendants. | ) | |

17   On March 23, 2011, Defendants Alameda County, Chew, Fuchs, Fernandez, Winnie,

18 Baldovinos, and Jackson submitted an administrative motion to file a Motion to Dismiss and

19 associated documents under seal.  *See* Dkt. No. 42.  On the same day, Defendants Alameda

20 County Public Defender's Office and Connor submitted a separate administrative motion to file a

21 second Motion to Dismiss and associated documents under seal.  *See* Dkt. No. 43.

22   In the redacted copies for public filing, Defendants are instructed to redact all but the first

23 initial of Plaintiff's last name, so that Plaintiff's name will appear as "Belinda K."  In addition,

24 Defendants should double-check that they have redacted all instances where Plaintiff's name

25 appears.  The Court has identified at least one instance where Plaintiff's name appears unredacted

26 in the proposed redacted County Motion to Dismiss (at page 6, line 18).

27
28

1

Case No.: 10-CV-02507-LHK
ORDER SEALING DOCUMENTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The request to seal the following documents is granted:

- Alameda County Motion to Dismiss
- Memorandum of Points and Authorities In Support of the County Motion to Dismiss
- Request for Judicial Notice In Support of County Motion to Dismiss
- Stern Declaration In Support of Motion to Dismiss
- Alameda County Public Defender's Office Motion to Dismiss
- Memorandum of Points and Authorities In Support of the Public Defender's Motion to Dismiss
- MacKay Motion to Dismiss

Plaintiffs shall file new redacted versions of these documents in accordance with this Order. The Court will review these redacted versions and must approve public filing before they are filed.

**IT IS SO ORDERED.**

Dated: March 25, 2011

_____
LUCY H. KOH
United States District Judge