UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA K., | Case No.: 10-CV-05797-LHK |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO SEAL DOCUMENTS |
| COUNTY OF ALAMEDA et al., | |
| Defendants. | |

Defendant Gerri Isaacson submitted an administrative motion to seal their Motion to Dismiss and related papers. *See* Dkt. No. 61. The information that Defendant seeks to seal is the Plaintiff's last name. The Court denies this motion. Defendant shall replace Plaintiff's last name in the papers with the first letter of her last name (K.). Because Plaintiff's last name is the only information Defendant seeks to seal, this change will remove all sensitive information from the papers such that they may be publicly filed.

**IT IS SO ORDERED.**

Dated: April 6, 2011

_____
LUCY H. KOH
United States District Judge