1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BELINDA K., | ) | Case No.: 10-CV-05797-LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER DENYING MOTION TO SEAL DOCUMENTS |
| COUNTY OF ALAMEDA et al., | ) ) | |
| Defendants. | ) ) | |

    Defendants the East Bay Children's Law Offices and Jonna Thomas submitted an administrative motion to seal their Motion to Dismiss and related papers. *See* Dkt. No. 63.  The information that Defendants seek to seal is the Plaintiff's last name.  The Court denies this motion. Defendants shall replace Plaintiff's last name in the papers with the first letter of her last name (K.).  Because Plaintiff's last name is the only information Defendants seek to seal, this change will remove all sensitive information from the papers such that they may be publicly filed. However, it appears that Exhibit A to Defendants' Request for Judicial Notice contains sealable information, including a birthdate.  Defendants should prepare a redacted version of this Exhibit for public filing and submit an Administrative Motion to Seal with a declaration setting forth the reason for sealing, pursuant to Civil Local Rule 79-5.

1

Case No.: 10-CV-05797-LHK
ORDER DENYING SEALING OF DOCUMENTS

1
2    **IT IS SO ORDERED.**
3    Dated: April 6, 2011
4                                                           _____
                                                            LUCY H. KOH
5                                                           United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                                    2