UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA K., | Case No.: 10-CV-05797-LHK |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DOCUMENTS |
| COUNTY OF ALAMEDA et al., | |
| Defendants. | |

Plaintiff has filed an Administrative Motion to Seal the Complaint in this matter, pursuant to Civil Local Rule 79-5. The Court has reviewed Plaintiff's proposed redactions for a publicly-filed copy of the Complaint, and approves these redactions with one exception: the damages listed on page 76 of the complaint, in sub-parts a-d and f-h, do not appear to be sealable information. If Plaintiff agrees, Plaintiff may publicly e-file the Complaint with the proposed redactions other than the redactions to the "Damages" claimed on page 76. If Plaintiff believes this information is sealable, Plaintiff shall submit a declaration indicating why the information is sealable, by April 15, 2011.

**IT IS SO ORDERED.**

Dated: April 6, 2011

LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-05797-LHK
ORDER GRANTING SEALING OF DOCUMENTS