UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BELINDA K., | ) | Case No.: 10-CV-05797-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER APPROVING JOINDER IN |
| | ) | MOTION TO DISMISS |
| COUNTY OF ALAMEDA et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants City of San Leandro, Officer Wong, Detective Luis Torrres, Sergeant DeCosta and Kamilah Jackson (collectively, the City) moved to join in the Motion to Dismiss filed by Defendant Alameda County. *See* Dkt. Nos. 65, 70.  The motion is GRANTED.

**IT IS SO ORDERED.**

Dated: April 6, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05797-LHK
ORDER APPROVING JOINDER IN MOTION TO DISMISS