UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA K., | Case No.: 10-CV-05797-LHK |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO SEAL DOCUMENTS |
| COUNTY OF ALAMEDA et al., | |
| Defendants. | |

Defendants Patrick O'Rourke, Cheryl Smith, and Dennis Reid submitted an administrative motion to seal their Motion to Dismiss and related papers. *See* Dkt. No. 72. Defendant Lezley Crowell likewise submitted an administrative motion to seal her Motion to Dismiss and related papers. *See* Dkt. No. 71. Defendants have not complied with the local rules regarding sealing of documents. *See* Civil Local Rule 79-5. Defendants have not submitted proposed redactions to their papers, or a declaration establishing that all of the information in these documents is sealable. Based on the Court's review, it does not appear that the documents Defendants seek to seal are properly sealable in their entirety. The Local Rules state that requests to seal "must be narrowly tailored to seek sealing only of sealable material." In addition, the Administrative Motion to Seal, supporting declaration, and Proposed Order to seal the documents should not be submitted under seal, as these should not contain any sensitive information. Therefore, Defendants' requests to

seal are DENIED.  Defendants must prepare appropriate redactions and publicly file an Administrative Motion to seal, supporting declaration, and Proposed Order for the Court's consideration, in accordance with Civil Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: April 6, 2011

_____
LUCY H. KOH
United States District Judge