UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA K., ) | Case No.: 10-CV-05797-LHK |
| Plaintiff, ) | |
| v. ) | ORDER DENYING MOTION TO SEAL DOCUMENTS |
| COUNTY OF ALAMEDA et al., ) | |
| Defendants. ) | |

Defendants the East Bay Children's Law Offices and Jonna Thomas previously submitted an administrative motion to seal their Motion to Dismiss and related papers. *See* Dkt. No. 76. The Court denied the Motion, ordering Defendants to "replace Plaintiff's last name in the papers with the first letter of her last name (K.)," and to request to seal Ex. A to the Request for Judicial Notice as it contains sealable information. *See* Dkt. No. 82. Defendants have now filed another Administrative Motion to Seal, but, contrary to the Court's Order, some of the documents contain Plaintiff's full last name. Namely, Defendants' Notice of Motion contains Plaintiff's full last name multiple times.

Defendants are in violation of the Court's Order which specifically directed Defendants to replace Plaintiff's full last name with the first letter of her last name. If Defendants continue to present improperly-prepared administrative motions to seal, in violation of the Court's orders, the

1

Case No.: 10-CV-05797-LHK
ORDER DENYING SEALING OF DOCUMENTS

1  Court will issue an Order to Show Cause why sanctions should not issue for failure to comply with
2  this Court's orders.  The administrative Motion to Seal is Denied.
3  **IT IS SO ORDERED.**
4  Dated: April 12, 2011
5  _____
   LUCY H. KOH
6  United States District Judge