```
8041
DANIEL W. WINTERS, ESQUIRE/SBN 54833
MARK P. EDSON, ESQUIRE/SBN 213081
WINTERS & KRUG
345 Lorton Avenue, Suite 101
Burlingame, California 94010-4133
Telephone: (650) 579-1422
Facsimile:  (650) 579-1852
```

Attorneys for Defendants, LEZLY D. CROWELL, PATRICK O'ROURKE, CHERYL SMITH, DENNIS REID AND ALAMEDA COUNTY BAR ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA K., individually and as next friend for J.H., a minor,<br><br>          Plaintiffs,<br><br>     vs.<br><br>COUNTY OF ALAMEDA, etc., et al.,<br><br>          Defendants. | Case No: C10-05797 EMC ADR<br><br>(PROPOSED) ORDER GRANTING DEFENDANTS, LEZLY D. CROWELL'S, PATRICK O'ROURKE'S, CHERYL SMITH'S, DENNIS REID'S AND ALAMEDA COUNTY BAR ASSOCIATION'S MOTIONS FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL- LOCAL RULE 7-11(a)<br><br>DATE: May 19, 2011<br>TIME:   1:30 p.m.<br>PLACE: Department #4, 280 South 1st St., San Jose, CA.<br><br>Assigned to Judge Lucy H. Koh |

     GOOD CAUSE APPEARING, IT IS SO ORDERED:

     The Motions for Administrative Relief filed by defendants, LEZLY D. CROWELL, PATRICK O'ROURKE, CHERYL SMITH, DENNIS REID and THE

LAW OFFICES
WINTERS & KRUG
345 LORTON AVE.,
SUITE 101
BURLINGAME, CA
94010-4133
(650) 579-1422

1

((PROPOSED) ORDER GRANTING DEFENDANTS, LEZLY D. CROWELL'S, PATRICK O'ROURKE'S, CHERYL SMITH'S, DENNIS REID'S AND ALAMEDA COUNTY BAR ASSOCIATION'S MOTIONS FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL-LOCAL RULE 7-11(a)

ALAMEDA COUNTY BAR ASSOCIATION are granted.  The following shall be ordered sealed because it contains sensitive and personal information relating to a dependency proceeding.

1. Those portions of Defendant Crowell's Notice Of Motion And Motion To Dismiss that are redacted.

2. Those portions of Defendants O'Rourke, Smith and Reid's Notice Of Motion And Motion To Dismiss that are redacted.

3. Those portions of Defendant Alameda County Bar Association's Notice Of Motion And Motion To Dismiss that are redacted.

DATED: April 12, 2011



HONORABLE LUCY H. KOH

2

((PROPOSED) ORDER GRANTING DEFENDANTS, LEZLY D. CROWELL'S, PATRICK O'ROURKE'S, CHERYL SMITH'S, DENNIS REID'S AND ALAMEDA COUNTY BAR ASSOCIATION'S MOTIONS FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL-LOCAL RULE 7-11(a)

LAW OFFICES
WINTERS & KRUG
345 LORTON AVE., SUITE 101
BURLINGAME, CA 94010-4133
(650) 579-1422