UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA K., | ) Case No.: 10-CV-05797-LHK |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING MOTION TO |
| | ) SEAL DOCUMENTS AND MOTION TO |
| COUNTY OF ALAMEDA et al., | ) FILE OVERSIZE BRIEF |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff has filed an Administrative Motion to Seal her Opposition and a Request for Judicial Notice responding to five separate Motions to Dismiss in this matter, pursuant to Civil Local Rule 79-5.  The Court has reviewed Plaintiff's proposed redactions for a publicly-filed copy of the Complaint, and approves these redactions the following exceptions:  In her Opposition, Plaintiff should redact the information appearing on page 3 between lines 6-7 regarding a search of the minor, and should redact information on page 17 between lines 15 and 16 regarding alleged conditions of the minor's care.  Furthermore, Exhibits B, C and E to the Request for Judicial Notice should be sealed in their entirety and no redacted version of these documents should be publicly filed.  If Plaintiff will make these additional changes, Plaintiff may publicly e-file the redacted documents and the sealing of the unredacted documents is granted.

1

Case No.: 10-CV-05797-LHK
ORDER GRANTING MOTION TO SEAL DOCUMENTS AND TO FILE OVERSIZE BRIEF

In addition, the Court grants Plaintiff's request to file one Opposition brief of 50 pages opposing all of the pending Motions to Dismiss.

**IT IS SO ORDERED.**

Dated: April 29, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-05797-LHK
ORDER GRANTING MOTION TO SEAL DOCUMENTS AND TO FILE OVERSIZE BRIEF