1  MARY ELLYN GORMLEY  [154327]
   Assistant County Counsel
2  RAYMOND L. MACKAY [113230]
   Senior Deputy County Counsel
3  Office of County Counsel, County of Alameda
   1221 Oak Street, Suite 450
4  Oakland, California 94612
   Telephone:   (510) 272-6700
5
   Attorneys for Defendants County of Alameda,
6  Mary Chew, Linda Fuchs, Tracy Fernandez,
   Alameda County County Counsel,
7  Yolanda Baldovinos, and Bruce Jackson

8

9

                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
   BELINDA K., individually and as next friend        Case No.: C10-05797-LHK
13 for J.H., a minor,

14                    Plaintiffs,                      **[PROPOSED ] ORDER GRANTING
                                                       COUNTY DEFENDANTS' MOTION
15     Vs.                                             FOR TIME EXTENSION TO FILE
                                                       REPLY PAPERS AND TO ALLOW
16 COUNTY OF ALAMEDA, et al.                           FILING OF REPLY BRIEF UP TO
                                                       20 PAGES**
17                    Defendants.                       [USDC ND Civ. Local Rules 6-3, 7-
                                                       11]
18

19        Pursuant to the Civil Local Rules for the United States District Court for the

20 Northern District of California, Rules 6-3 and 7-11, the Defendants County of Alameda,

21 Mary Chew, Linda Fuchs, Tracey Fernandez, County Counsel for Alameda County

22 formerly Richard E. Winnie (now deceased), Yolanda Baldovinos, Bruce Jackson,

23 (collectively referred to as the "County Defendants") filed a Motion with this

24 //

25 //

26 //

27

28

1   Court:

2   1. To allow County Defendants a 3-business day time extension to serve and file Reply

3   papers to Plaintiffs' Opposition papers; and,

4   2. To allow County Defendants to file a Reply Brief up to 20 pages.

5       Based on the Motion and supporting Declaration, and the agreement of Plaintiff

6   Belinda K., and good cause appearing, the Court grants the Motion and orders as

7   follows:

8   1. County Defendants shall serve and file their Reply papers on or before Tuesday, May

9   10, 2011; and

10  2. County Defendants may file a Reply Brief up to but not exceeding 20 pages.

11

12  Dated: May 4, 2011

13                                      LUCY H. KOH
                                        United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28