UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA K., ) | Case No.: 10-CV-05797-LHK |
| ) | |
| Plaintiff, ) | |
| v.   ) | ORDER VACATING HEARING ON |
| ) | MOTIONS TO DISMISS |
| COUNTY OF ALAMEDA et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendants have filed motions to dismiss this case, set for hearing on May 19, 2011 at 1:30 p.m. Pursuant to Civil Local Rule 7-1(b), the Court finds these matters suitable for determination without oral argument. Accordingly, the hearing is VACATED. The Court will issue a written order addressing the motions to dismiss.

**IT IS SO ORDERED.**

Dated: May 17, 2011

_____
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-05797-LHK
ORDER VACATING HEARING ON MOTIONS TO DISMISS