James A. Murphy - 062223
Bryan L. Saalfeld - 243331
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:   (415) 788-1900
Fax:   (415) 393-8087

Attorneys for Defendants
JONNA THOMAS and EAST BAY
CHILDREN'S LAW OFFICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA K., individually and as next friend for J.H., a minor,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　Defendants. | Case No.: C10-05797-LHK<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL<br>CIVIL LOCAL RULE 7-11(a) |

For good cause appearing, it is hereby ORDERED that Defendants EAST BAY CHILDREN'S LAW OFFICES and JONNA THOMAS's Motion for Administrative Relief to File Certain Documents Under Seal is hereby GRANTED.

The following portions of documents in their unredacted form, previously not filed under seal, shall be sealed and Defendants are ordered to e-file the redacted versions of these documents.

1. Defendants EAST BAY CHILDREN'S LAW OFFICES and JONNA THOMAS's Memorandum of Points and Authorities Supporting Motion to Dismiss Plaintiff's Complaint. The following portions of this document are requested to be sealed and to be redacted in the public filing;

　　a. Page 1 lines 8-9, because they contain underlying allegations relating to minor J.H.

　　b. Page 1, lines 10-11, because they contain information relating to whereabouts of minor J.H.

      c. Page 3, lines 4, because they contain information relating to whereabouts of minor J.H.

      d. Page 3, lines 5-7, because they contain underlying allegations relating to minor J.H.

      e. Page 3, line 13, because they contain underlying allegations relating to minor J.H.

2. Exhibit "A" to EBCLO's Request for Judicial Notice in Support of Motion to Dismiss Plaintiff's Complaint, an order approving Substitution of Appointed Counsel For Minor dated June 1, 2009 from *In the matter of J.H.*, Alameda County Superior Court, No. HJ06005823-01, containing birthdate information of minor J.H., to be sealed and redacted in the public filing.

IT IS SO ORDERED

DATED: May 20, 2011

Hon. Lucy H. Koh
United States District Judge

BLS.20250547.doc