UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BELINDA K., | ) | Case No.: 10-CV-05797-LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER DECLINING TO IMPOSE SANCTIONS |
| COUNTY OF ALAMEDA et al., | ) ) | |
| Defendants. | ) ) | |

Defendants the East Bay Children's Law Offices and Jonna Thomas ("EBCLO Defendants") tried unsuccessfully to move for an order sealing information relating to their pending Motion to Dismiss. EBCLO Defendants failed to follow the Civil Local Rule regarding sealing requests. *See* Civ. L.R. 79-5, and their request was therefore denied. After the second improper sealing request was denied based on a similar failure, the Court issued an Order stating that EBCLO Defendants could be sanctioned if it submitted additional sealing requests that did not comply with the Local Rules. EBCLO Defendants then submitted a third improper sealing request. The Court issued an Order to Show Cause why sanctions should not be imposed for the EBCLO Defendants' repeated failure to comply with the Local Rules and this Court's Orders. *See* Dkt. No. 111.

1

Case No.: 10-CV-05797-LHK
ORDER DECLINING TO IMPOSE SANCTIONS

EBCLO Defendants have now submitted a proper sealing request, which was granted on May 20, 2011.  EBCLO Defendants also responded to the Order to Show Cause, stating that their failure to comply with the Local Rules was unintentional and that they have been trying in good faith to comply with the rules.  The Court is persuaded that EBCLO Defendants' errors were made in good faith.  Because sanctions carry such serious consequences, the Court declines to impose them at this time.  *United States v. Isgro*, No. 90-505311992, U.S. App. LEXIS 30916 at *26 (9th Cir. Nov. 25, 1992).  Nevertheless, counsel for EBCLO Defendants are advised that sanctions will be evaluated based on the full record in this case, and if further improper sealing requests are made, the Court may revisit this issue.  *Sec. Farms v. Int'l. Bhd. of Teamsters,* 124 F.3d 999, 1016-17 (9th Cir. 1997).

**IT IS SO ORDERED.**

Dated:  May 24, 2011

_____
LUCY H. KOH
United States District Judge

2
Case No.: 10-CV-05797-LHK
ORDER DECLINING TO IMPOSE SANCTIONS