UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA K., | Case No.: 10-CV-05797-LHK |
| Plaintiff, | |
| v. | ORDER GRANTING ADMINISTRATIVE MOTIONS TO SEAL |
| COUNTY OF ALAMEDA et al., | |
| Defendants. | |

Plaintiff has filed Administrative Motions to Seal, Docket Numbers 134 and 145. Docket Number 134 seeks to seal unredacted versions of several documents attached to Plaintiff's Sur-Reply (Docket Number 133). The attachments contain information relating to the underlying child dependency proceedings in Alameda County Superior Court. These documents contain sensitive information relating to the minor J.H. This information is properly sealable, and Plaintiff's request to seal redactions from and attachments to Docket Number 133 is GRANTED.

Docket Number 145 seeks to seal Exhibit A to Plaintiff's Declaration filed in support of her Motion to Strike the East Bay Children's Law Office and Jonna Thomas's Motion to Dismiss, and the unredacted version of her Motion to Strike. Because Exhibit A to Plaintiff's Declaration contains a sealed transcript of the proceedings of the underlying juvenile dependency proceedings, it is properly sealable. Because the redacted portions of Plaintiff's Motion contain information previously designated sealable, this information is properly sealable as well. Thus, Plaintiff's request is GRANTED and sealing of Docket Numbers 143 and 144 is approved.

1

Case No.: 10-CV-05797-LHK
ORDER GRANTING REQUEST TO SEAL

1  Plaintiff is reminded that Administrative Motions to Seal, Proposed Orders, and other
2  supporting documents (other than the documents Plaintiff seeks to seal) should not themselves be
3  filed under seal.  Therefore, the Court does not approve sealing of Docket Number 145.  In
4  addition, parties should not publicly file the redacted versions of sealed documents until sealing has
5  been approved by the Court.  *See* Civ. L.R. 79-5(c)(5).

6  **IT IS SO ORDERED.**

7  Dated:  June 10, 2011

_____
LUCY H. KOH
United States District Judge