UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA K., | ) Case No.: 10-CV-05797-LHK |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING PLAINTIFF'S |
| | ) REQUEST TO EXTEND DEADLINE TO |
| COUNTY OF ALAMEDA et al., | ) FILE FIRST AMENDED COMPLAINT |
| Defendants. | ) |

Plaintiff's request for an extension of the deadline to file her first amended complaint is hereby GRANTED. The deadline for filing the first amended complaint is extended from August 8, 2011 to August 23, 2011. Plaintiff need not provide copies of the first amended complaint to the U.S. Marshal; she may serve the parties in this case via mail or e-filing.

**IT IS SO ORDERED.**

Dated: July 25, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05797-LHK
ORDER GRANTING REQUEST TO EXTEND DEADLINE TO FILE FAC