1 | MARY ELLYN GORMLEY [154327]
Assistant County Counsel
2 | RAYMOND L. MACKAY [113230]
Senior Deputy County Counsel
3 | Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
4 | Oakland, California 94612
Telephone: (510) 272-6700
5
Attorneys for Defendants County of Alameda,
6 | Mary Chew, Linda Fuchs, Tracy Fernandez,
Bruce Jackson and Richard E. Winnie (deceased)
7 | former County Counsel, in his official capacity only

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BELINDA K. | Case No.: C10-05797-LHK |
|---|---|
| Plaintiff, | |
| Vs. | [PROPOSED ] ORDER GRANTING DEFENDANTS' MOTION FOR TIME EXTENSION TO FILE ANSWER PAPERS AND TO ALLOW FILING OF REPLY BRIEF UP TO 20 PAGES |
| COUNTY OF ALAMEDA, et al. | |
| Defendants. | [USDC ND Civ. Local Rules 6-3, 7-11] |

Pursuant to the Civil Local Rules for the United States District Court for the Northern District of California, Rules 6-3 and 7-11, the Defendants County of Alameda, Mary Chew, Linda Fuchs, Tracey Fernandez, Bruce Jackson, and Richard E. Winnie (deceased) former County Counsel, in his official capacity only, filed a Motion with this

//

//

//

Order on Defendants' Motion For extension of Time, Etc.; *Belinda K. v. County of Alameda, et al.,* Case No. C 10-05797 LHK
1

Court to allow those Defendants an extension of time up to Wednesday, September 21, 2011 to respond to Plaintiff's First Amended Complaint ("FAC").

Based on the Motion and supporting Declaration, and the agreement of Plaintiff Belinda K., and good cause appearing, the Court grants the Motion allowing those Defendants up to and including **Wednesday, September 21, 2011** to respond to the FAC.

Dated: September 2, 2011

_____
The Honorable Lucy H. Koh
United States District Judge