1  MARY ELLYN GORMLEY [154327]
   Assistant County Counsel
2  RAYMOND L. MACKAY [113230]
   Senior Deputy County Counsel
3  Office of County Counsel, County of Alameda
   1221 Oak Street, Suite 450
4  Oakland, California 94612
   Telephone:   (510) 272-6700
5
   Attorneys for Defendants County of Alameda,
6  Mary Chew, Linda Fuchs, Tracy Fernandez,
   Bruce Jackson and Richard E. Winnie (deceased)
7  former County Counsel, in his official capacity only

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
   BELINDA K.                              Case No.: C10-05797-LHK
13
                    Plaintiff,
14                                         [PROPOSED ] ORDER GRANTING
        Vs.                                DEFENDANTS' MOTION FOR TIME
15                                         EXTENSION TO FILE ANSWER
   COUNTY OF ALAMEDA, et al.                PAPERS AND TO ALLOW FILING
16                                          OF REPLY BRIEF UP TO 20
                    Defendants.             PAGES
17                                          [USDC ND Civ. Local Rules 6-3, 7-
                                            11]
18

19        Pursuant to the Civil Local Rules for the United States District Court for the

20 Northern District of California, Rules 6-3 and 7-11, the Defendants County of Alameda,

21 Mary Chew, Linda Fuchs, Tracey Fernandez, Bruce Jackson, and Richard E. Winnie

22 (deceased) former County Counsel, in his official capacity only, filed a Motion with this

23 //

24 //

25 //

26

27

28
   Order on Defendants' Motion For extension of Time, Etc.; *Belinda K. v. County of Alameda, et al.,* Case No. C 10-
   05797 LHK                                         1

1  Court to allow those Defendants an extension of time up to Wednesday, September 21,
2  2011 to respond to Plaintiff's First Amended Complaint ("FAC").
3      Based on the Motion and supporting Declaration, and the agreement of Plaintiff
4  Belinda K., and good cause appearing, the Court grants the Motion allowing those
5  Defendants up to and including **Wednesday, September 21, 2011** to respond to the
6  FAC.
7   Dated: September 2, 2011

_____
The Honorable Lucy H. Koh
United States District Judge

Order on Defendants' Motion For extension of Time, Etc.; *Belinda K. v. County of Alameda, et al.,* Case No. C 10-05797 LHK
2