UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BELINDA K., | ) | Case No.: 10-CV-05797-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | REQUEST TO EXTEND DEADLINE TO |
| COUNTY OF ALAMEDA et al., | ) | FILE RESPONSE TO MOTION TO |
| | ) | DISMISS |
| Defendants. | ) | |
| | ) | |

Plaintiff's request for an extension of the deadline to file her response to Defendants'

various motions to dismiss is hereby GRANTED.  The deadline for filing the response is extended

to October 19, 2011.  Defendants shall have until October 26, 2011 to file their replies, if any.

**IT IS SO ORDERED.**

Dated: September 19, 2011

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No.: 10-CV-05797-LHK
ORDER GRANTING REQUEST TO EXTEND DEADLINE