UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA K., | Case No.: 10-CV-05797-LHK |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO SHORTEN TIME |
| COUNTY OF ALAMEDA et al., | |
| Defendants. | |

On September 1, 2011, Plaintiff Belinda K. filed a motion for a preliminary injunction, seeking to enjoin Defendants from depriving her of her right to counsel and her right to be heard in the status review hearings in juvenile court for her son, J.H. *See* Motion for Preliminary Injunction, September 1, 2011. *See* ECF No. 164. At the same time, Plaintiff filed an ex parte application to shorten time for hearing on the motion for a preliminary injunction. *See* ECF No. 167. Plaintiff sought a hearing date on her motion for preliminary injunction before the six month status review hearing that is set to take place September 29, 2011.

Plaintiff's motion is DENIED. It is apparent from the motion for preliminary injunction that Plaintiff was aware of the facts forming the basis of her motion since at least April 2011, but did not file a motion for a preliminary injunction until less than a month before the six-month status review hearing. Plaintiff has, therefore, not shown diligence in filing her motion for a preliminary injunction.

1

Case No.: 10-CV-05797-LHK
ORDER ON MOTION TO SHORTEN TIME

1    Moreover, Plaintiff raised similar issues in a motion for a temporary restraining order over
2   a year ago in a related action.  Judge Breyer, the judge previously assigned to the related matter
3   (10-CV-2507-LHK), has already denied Plaintiff's motion for a temporary restraining order,
4   despite another impending status review hearing deadline.  *See* Order Granting in Part and Denying
5   in Part Motion for Reconsideration, July 13, 2010, ECF No. 28.   Accordingly, Plaintiff's request
6   to shorten time is DENIED.  The Court will attempt to resolve the preliminary injunction motion
7   on the papers, and so declines to set a hearing on the matter at this time.

8   **IT IS SO ORDERED.**

9   Dated: September 21, 2011



LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-05797-LHK
ORDER ON MOTION TO SHORTEN TIME