1  Donna R. Ziegler [SNB 142415]
   County Counsel
2  Raymond L MacKay [SBN 113230]
   Senior Deputy County Counsel
3  Office of County Counsel, County of Alameda
   1221 Oak Street, Suite 450
4  Oakland, California 94612
   Telephone:   (510) 272-6700
5
   Attorneys for Defendants County of Alameda, Mary Chew,
6  Linda Fuchs, Tracy Fernandez, Bruce Jackson,
   Richard E. Winnie (now deceased and in his former
7  official capacity as County Counsel only)

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | BELINDA K., individually and as next friend for J.H., a minor, | Case No.: C10-05797-LHK |
13 | Plaintiffs, | **DEFENDANTS' ALAMEDA COUNTY, ETC. OPPOSITION STATEMENT TO PLAINTIFF'S MOTION TO REMOVE GUARDIAN AD LITEM** |
14 | Vs. | |
15 | COUNTY OF ALAMEDA, et al. | |
16 | Defendants. | |

17
                                           Hearing Date    Not Scheduled
18                                         Hearing Time:   Not Scheduled
                                           Department:    Ctrm 4, 5th Flr
19                                         Location:       280 South 1st Street
                                                           San Jose, CA
20
21      The Defendants County of Alameda Mary Chew, Linda Fuchs, Tracy Fernandez,

22 Bruce Jackson, and Richard E. Winnie (now deceased and in his former official capacity

23 as County Counsel only) submit the following Opposition Statement to the Motion to

24 Remove Minor's Guardian ad litem filed by Plaintiff Belinda K. (Docket # 213.)

25      In her Motion, Plaintiff Belinda K. claims that it is her "understanding" that this

26 Court appointed a Guardian ad litem for her minor son ("JH") in this civil rights action.

27 (Motion at page 4, lines 14-16.)

28 _____
County Defendants' Opposition Statement to Plaintiff's Motion to Remove GAL; *Belinda K. v. County of Alameda, et al.,* Case No. C 10-05797 LHK

1 | Plaintiff fails to cite any basis for this "understanding." Plaintiff only references a Statement dated October 20, 2011 filed by the Guardian ad litem for JH filed in the related Indian Child Welfare Act ("ICWA") action also pending before this Court (#10-CV-02507).

Contrary to Plaintiff's "understanding," this Court has previously dismissed all of the Counts which Plaintiff had earlier attempted to pursue on behalf of her JH in this action. (See Court Order dated July 8, 2011; Docket #153 at pages 8-9, 36.)

This Court concluded that Plaintiff Belinda K. could not act as JH's legal representative or "next friend" in this action "in light of the conflict of interest between them." Docket #153 at page 8.

The Court further determined that, while it had appointed a Guardian ad litem and counsel for JH in the related ICWA case (Action #10-CV-02507), the Court would not and did not appoint a Guardian ad litem or counsel for JH in this action.  Docket #153 at page 8, footnote 7 ("because the Court finds that Plaintiff cannot serve as next friend you JH, it will not recommend representation of J.H. for pro bono assistance in this case.")

Therefore, these Defendants respectfully request the Court to deny Plaintiff's Motion as moot because JH is no longer a party to this action and no Guardian ad litem has been or was appointed for JH in this action.

DATED: November 14, 2011

Office of the County Counsel in and for the County of Alameda, State of California

By *Raymond L. MacKay*
RAYMOND L. MACKAY
Senior Deputy County Counsel

Attorneys for Defendants County of Alameda, Mary Chew, Linda Fuchs, Tracy Fernandez, Bruce Jackson, and Richard E. Winnie (now deceased and in his former official capacity as County Counsel only)

---

County Defendants' Opposition Statement to Plaintiff's Motion to Remove GAL; *Belinda K. v. County of Alameda, et al.,* Case No. C 10-05797 LHK               2

RE: **BELINDA K., ET AL. V. COUNTY OF ALAMEDA, ET AL.**
United States District Court – Northern District of California
Case No. C 10-05797-LHK

## PROOF OF SERVICE

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action.  I am employed at the Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296.

On the below date, I served the attached:

**DEFENDANTS' ALAMEDA COUNTY, ETC. OPPOSITION STATEMENT TO PLAINTIFF'S MOTION TO REMOVE GUARDIAN AD LITEM**

in the above-mentioned matter on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Belinda Kirk<br>1986 Washington Avenue, #A<br>San Leandro, CA  94577<br>Telephone: (510) 352-1449 | *Plaintiff* |
| Aaron Cohn<br>Matthew Vafidis<br>Shannon K. Little<br>HOLLAND & KNIGHT<br>50 California Street<br>Suite 2800<br>San Francisco, CA 94111<br>Tel:  415-743-6900<br>Fax:  415-743-6910 | *Courtesy Copy* |

☒ BY MAIL:  I am readily familiar with the Office of the County Counsel, Alameda County's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in the City of Oakland, California, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on November 14, 2011.

/s/ *Lydia Smith*
Lydia Smith

PROOF OF SERVICE, *Belinda K. v. County of Alameda, et al.*, Case No. C10-05797-LHK