UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BELINDA K.,

        Plaintiff(s)

COUNTY OF ALAMEDA, ET AL,

        Defendant(s).

Case No: 10-CV-05797LHK

**CLERK'S NOTICE CONTINUING MOTION HEARING**

TO ALL PARTIES AND ATTORNEYS OF RECORD:

All motions currently scheduled for Thursday, December 8, 2011 (docket numbers 173, 175, 179, 180, 181, 191 and 204) are hereby rescheduled for hearing on Thursday, February 2, 2012 at 1:30 p.m.

Dated: November 28, 2011

For the Court,
RICHARD W. WEIKING, Clerk

By: /s/ Martha Parker Brown
_____
Martha Parker Brown
Courtroom Deputy Clerk