1
2
3
4
5
6
7
8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN JOSE DIVISION

|  |  |  |
|---|---|---|
| BELINDA K., | ) | Case No.: 10-CV-05797-LHK |
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | ORDER SEALING DOCUMENTS |
|  | ) |  |
| COUNTY OF ALAMEDA et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

Pursuant to the Court's January 28, 2011 Order in this case, the Court has sealed the first amended complaint ("FAC") in the above-captioned action. The Court has also sealed East Bay Children's Law Offices' Memo in support of its Motion to Dismiss (ECF No. 179-1); Defendant Crowell, et al.'s Motion to Dismiss (ECF No. 181); Plaintiff's Reply to Opposition to Preliminary Injunction (ECF No. 197); and Plaintiff's Motion for Stay of Proceedings (ECF No. 204). Similarly, the following documents were temporarily locked and shall now be permanently locked: ECF No. 166 (B.K.'s Declaration in support of preliminary injunction); ECF No. 169 (Motion to Invalidate ICWA); ECF No. 173 (Isaacson Motion to Dismiss); ECF No. 201 (B.K.'s Request for Judicial Notice in support of Reply to Opposition). As the Court held in its previous Order, these documents contain sensitive, personal information which must be submitted under seal to protect the interests of the minor J.H.

1

The Plaintiff is ordered to prepare a redacted version of the FAC, B.K.'s Declaration in support of preliminary injunction; Motion to Invalidate ICWA; Request for Judicial Notice in support of Reply in support of Preliminary Injunction; Plaintiff's Reply to Opposition to Preliminary Injunction; and Plaintiff's Motion for Stay of Proceedings for public filing, in accordance with Civil Local Rule 79-5.  Defendant Isaacson, Defendant East Bay Children's Law Office and Defendant Crowell, et al. are also ordered to prepare a redacted version of their Motions to Dismiss.  The parties' redactions must remove sensitive and personal information revealing J.H.'s identity, his medical history, the allegations underlying the removal of J.H. from Plaintiff's custody, and similar information.  The parties are ordered to stop publicly filing this information, which they are aware have already been determined sealable by the Court.  The parties must comply with the Civil Local Rules and submit documents containing sensitive information under seal, and propose redactions for the publicly-filed versions of these documents.

**IT IS SO ORDERED.**

Dated: January 10, 2012

_____
LUCY H. KOH
United States District Judge