UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA K., | Case No.: 10-CV-05797-LHK |
| Plaintiff, | |
| v. | ORDER SETTING DEADLINE ON MOTIONS TO SEAL DOCUMENTS |
| COUNTY OF ALAMEDA et al., | |
| Defendants. | |

On January 10, 2012, the Court ordered documents filed under seal. In the same Order, several parties were ordered to comply with the Civil Local Rules and submit documents containing sensitive information under seal, and propose redactions for the publicly-filed versions of these documents. *See* ECF No. 218. All of the motions to file under seal related to the documents referenced in docket number 218 must be submitted by January 23, 2012.

**IT IS SO ORDERED.**

Dated: January 13, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05797-LHK
ORDER REGARDING SEALING DOCUMENTS