UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA K., | ) Case No.: 10-CV-05797-LHK |
| Plaintiff, | ) |
| v. | ) ORDER SEALING DOCUMENTS |
| COUNTY OF ALAMEDA et al., | ) |
| Defendants. | ) |

Pursuant to the Court's January 10, 2012 Order, the parties were ordered to resubmit several documents that contained sensitive information regarding the minor, J.H. The parties complied with this request and filed administrative motions to seal as well as proposed redactions. *See* ECF No. 220-229.

The Court GRANTS East Bay Children's Law Offices' motion to file under seal portions of its Memo in support of its Motion to Dismiss (ECF No. 221; ECF No. 179-1); Defendant Crowell, et al.'s motion to file under seal portions of the Motion to Dismiss (ECF No. 222; ECF No. 181); and Defendant Isaacson's motion to file under seal portions of the Motion to Dismiss (ECF No. 220; ECF No. 173). Defendants shall publicly file redacted versions of these documents in compliance with G.O. 62.

The Court also GRANTS Plaintiff's request to seal portions of Plaintiff's Motion for Stay of Proceedings (ECF No. 204; ECF No. 228); Plaintiff's Declaration in support of the preliminary injunction (ECF No. 166; ECF No. 224); Plaintiff's Motion to Invalidate ICWA (ECF No. 169; ECF No. 225); and Plaintiff's Request for Judicial Notice in support of Reply to Opposition (ECF No. 201, ECF No. 227). As the Court held in its previous Order, these documents contain sensitive, personal information which must be submitted under seal to protect the interests of the minor J.H. Accordingly, the redacted versions of these documents at docket numbers 224, 225, and 227, and 228 are deemed filed with the Court.

The Court notes, however, that two documents submitted by Plaintiff: (1) Plaintiff's First Amended Complaint (ECF No. 158), and (2) Plaintiff's Reply to Opposition to Preliminary Injunction (ECF No. 197, *see also* ECF No. 193 (motion to seal)), require further redactions and still publicly disclose highly sensitive information about the minor, J.H., the circumstances of his dependency court proceedings, or other medical information. Therefore the Court ORDERS documents 223 and 226 to be sealed. The Court has prepared appropriately redacted versions[1] of these documents that redact the highly sensitive information related to J.H. described above. The Clerk shall e-file these appropriately redacted documents publicly.

Finally, the Court GRANTS Plaintiff's motion to file under seal portions of Plaintiff's motion to remove guardian ad litem. See ECF No. 211. However, several of the supporting documents that Plaintiff lodged with the Court, including her declaration and exhibits, contain sensitive information regarding the medical history and placement of the minor J.H. Plaintiff's Declaration contains an e-mail to her counsel that is privileged and should therefore be sealed. Exhibit A is a status review report that contains sensitive medical information regarding the minor and therefore should be sealed in its entirety. Exhibit B is a transcript of a conversation between the Plaintiff and the minor; portions of the transcript that contain the minor's identifying information should be sealed. Finally, Exhibit C is a declaration that does not appear to contain

---

[1] Exhibits R-T, V-1, V-2, and W to Plaintiff's Reply to Opposition to Preliminary Injunction contain highly sensitive medical information of the minor and are ORDERED sealed in their entirety.

2
Case No.: 10-CV-05797-LHK
ORDER REGARDING SEALING DOCUMENTS

sensitive information related to the minor and is therefore not sealable.  The Court has prepared appropriately redacted versions of Plaintiff's Declaration and Exhibit B that redact the highly sensitive information related to J.H. described above.  The Court concludes that the e-mail attached to Plaintiff's Declaration and Exhibit A shall be filed entirely under seal.  The Clerk shall e-file the appropriately redacted documents publicly, i.e. the declaration and Exhibit B.  The Clerk shall publicly file Exhibit C.

**IT IS SO ORDERED.**

Dated: January 31, 2012

_____
LUCY H. KOH
United States District Judge